# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2025

Ms. Kirsten Marisol Castaneda
Alexander Dubose & Jefferson, L.L.P.
8144 Walnut Hill Lane
Suite 510
Dallas, TX 75231-4388

Mr. Aaron S. Nava
Troutman Pepper Locke, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

No. 25-11324 In re: Cheryl Butler
USDC No. 3:18-CV-37

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response to the Petitioners' Petition for writ of mandamus to be filed in this office on or before December 15, 2025.

Judge Ada Brown is also invited, but not required, to respond to the Petitioners' Petition for writ of mandamus. Any response would be due for filing by the date indicated above.

Sincerely,

LYLE W. CAYCE, Clerk

By: Jasmine J. Forman
Jasmine J. Forman, Deputy Clerk

cc: Mr. Ezra Ishmael Young