# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**



**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


February 04, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 25-11324 In re: Cheryl Butler
USDC No. 3:18-CV-37

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Jasmine J. Forman, Deputy Clerk

cc w/encl:
- Ms. Kirsten Marisol Castaneda
- Mr. Aaron S. Nava
- Ms. Robin Gooch Shaughnessy
- Mr. Ezra Ishmael Young